**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Emily Foreman Rosenmeier
Stephen Carter Rosenmeier

Case No: 10–36506 – GFK

Debtor(s)

Chapter 7 Case

## ORDER RE: STATUS OF AMENDED SCHEDULE

The Debtor(s) has filed an amended Schedule B–4 or Schedule C in this case. The file lacks proof of service on each entity listed in the address matrix for this case, as required by Loc. R. Bankr. P. (D. Minn.) 1009–1(b).

**IT IS ORDERED:**

1. The Debtor(s)' amended claim of exemptions shall be without force and effect until it has complied with the service requirements of Loc. R. Bankr. P. (D. Minn.) 1009–1(b), and has filed proof of service.

2. Until the Debtor(s) has complied with Loc. R. Bankr. P. (D. Minn.) 1009–1(b), and the applicable period for objection has expired, the clerk shall not issue a Certificate Regarding Property Claimed as Exempt.

Dated: 12/13/10

Gregory F Kishel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on December 13, 2010
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: jen Deputy Clerk

**mnboams**05/27/2005 – pb