**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Emily Foreman Rosenmeier
Stephen Carter Rosenmeier

Case No: 10–36506 – GFK

Debtor(s)

Chapter 7 Case

**ORDER RE: STATUS OF AMENDED SCHEDULE**

The Debtor(s) has filed an amended Schedule B–4 or Schedule C in this case. The file lacks proof of service on each entity listed in the address matrix for this case, as required by Loc. R. Bankr. P. (D. Minn.) 1009–1(b).

**IT IS ORDERED:**

1. The Debtor(s)' amended claim of exemptions shall be without force and effect until it has complied with the service requirements of Loc. R. Bankr. P. (D. Minn.) 1009–1(b), and has filed proof of service.

2. Until the Debtor(s) has complied with Loc. R. Bankr. P. (D. Minn.) 1009–1(b), and the applicable period for objection has expired, the clerk shall not issue a Certificate Regarding Property Claimed as Exempt.

Dated: 12/13/10

Gregory F Kishel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on December 13, 2010
Lori Vosejpka Clerk, United States Bankruptcy Court
By: jen Deputy Clerk

**mnboams**05/27/2005 – pb

# CERTIFICATE OF NOTICE

```
District/off: 0864-3          User: jen              Page 1 of 1              Date Rcvd: Dec 13, 2010
Case: 10-36506                Form ID: mnboams       Total Noticed: 1

The following entities were noticed by first class mail on Dec 15, 2010.
db/jdb        +Emily Foreman Rosenmeier,   Stephen Carter Rosenmeier,   16310 19th Street South,
               Lakeland, MN 55043-9422
The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2010**                    **Signature:** _Joseph Speetjens_